UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Auzio Hewlett,

        Plaintiff,

v.                                      Civil No. 12-304 (JNE/JJG)
                                    ORDER

Captain Gram, Jessica Gage, and Lieutenant Santine,

        Defendants.

In a Report and Recommendation dated February 12, 2013, the Honorable Jeanne J. Graham, United States Magistrate Judge, recommended that Defendants' motion for summary judgment be granted and that this case be dismissed with prejudice. Plaintiff did not object to the Report and Recommendation, but he did move for an extension of time to file objections. The Court denies Plaintiff's motion for an extension of time to file objections. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 34]. Therefore, IT IS ORDERED THAT:

1.     Plaintiff's motion for an extension of time to file objections [Docket No. 35] is DENIED.

2.     Defendants' motion for summary judgment [Docket No. 17] is GRANTED.

3.     This case is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 7, 2013

                                                          s/Joan N. Ericksen
                                                          JOAN N. ERICKSEN
                                                          United States District Judge